# First District Court of Appeal
## State of Florida

_____

No. 1D17-1584
_____

MARIO LAMAR FOSTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Russell L. Healey, Judge.

May 2, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Mario Lamar Foster, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Robert Quentin

Humphrey, Assistant Attorney General, Tallahassee, for Appellee.